FILED

07/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0585

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0585

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHARLES GEOFFREY SANTORO,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 6, 2023, within which to prepare, file, and serve its response brief.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 25 2023